United States District Court
Southern District of Texas

**ENTERED**
March 17, 2017
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DANA CALDWELL, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-15-3463 |
| § | |
| ENTERPRISE PRODUCTS COMPANY, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Enterprise Products's motion for summary judgment, (Docket Entry No. 29), is granted. In accordance with this court's Memorandum and Opinion of today's date, this action is dismissed with prejudice. Each party is to bear its own costs.

This is a final judgment.

SIGNED on March 17, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge

1